412

176 A.3d 218

IN THE MATTER OF THE EXPUNGEMENT OF THE ARREST/CHARGE RECORDS OF T.B. IN THE MATTER OF THE EXPUNGEMENT OF THE ARREST/CHARGE RECORDS OF J.N.–T. IN THE MATTER OF THE EXPUNGEMENT OF THE ARREST/CHARGE RECORDS OF R.C.

M–325 September Term 2017
079813

November 30, 2017

## ORDER

It is ORDERED that the motion of R.C., for a stay is granted, in part, and the stay is limited to the portion of the judgment of the Superior Court, Appellate Division, that vacated R.C.'s order of expungement.

176 A.3d 218

IN THE MATTER OF THE EXPUNGEMENT OF THE ARREST/CHARGE RECORDS OF T.B. IN THE MATTER OF THE EXPUNGEMENT OF THE ARREST/CHARGE RECORDS OF J.N.–T. IN THE MATTER OF THE EXPUNGEMENT OF THE ARREST/CHARGE RECORDS OF R.C.

M–323 September Term 2017
079813

November 30, 2017

## ORDER

It is ORDERED that the motion of T.B., for a stay is granted, in part, and the stay is limited to the portion of the judgment of the Superior Court, Appellate Division, that vacated T.B.'s order of expungement.